H. T. BELL, Appellant, v. ANNA GLASEKER et al., Appellees.

Intoxicating Liquors: NUISANCE: INJUNCTION: PRACTICE.

*Appeal from Lee District Court.*—HON. J. M. CASEY, Judge.

THURSDAY, FEBRUARY 5, 1891.

ACTION to abate a saloon nuisance. The defendants are Anna Glaseker, Henry Schlopp and Joseph Smith. The defendant, Joseph Smith, was by the evidence shown to be the keeper of a saloon, and enjoined as prayed in the petition. The petition states that the other defendants are owners and lessors of the property where the saloon was maintained, asks that they be enjoined also, which the district court refused, and gave judgment dismissing them, with costs, from which the plaintiff appeals.—*Reversed.*

*Newman & Blake,* for appellant.

No appearance for appellees.

GRANGER, J.—The record does not disclose the reasons for the action of the court in dismissing the appellees. It is said in argument by appellant that it must have overlooked the facts as presented by the pleadings. The petition states that appellees are the owners and lessors of the place constituting the nuisance, and the allegation is not denied, and under Code, section 2712, it must be taken as admitted. It is also apparent from the record that these defendants had knowledge of how the premises were used. Under such condition of the record, the prayer of the petition, as to the appellees, should have been granted, and a decree to that effect will be entered in this court, with an attorney's fee of twenty-five dollars for the appeal. REVERSED.